with costs to respondent payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK Appellant, v. MAIL AND EXPRESS COMPANY, a Corporation, and DANIEL NICOLL, Respondents.— Judgments affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK Appellant, v. MAIL AND EXPRESS COMPANY, a Corporation, and DANIEL NICOLL, Respondents.— Judgments affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

ANTHONY MOTT, Appellant, v. THOMAS W. MARTIN and Others, Defendants, Impleaded with JOHN C. HOEFLING, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.; Greenbaum, J., not voting.

WHITESIDE ELECTRIC AND MANUFACTURING COMPANY, Respondent, v. HOWARD A. WHITESIDE and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

SAM MICHELOW, Respondent, v. FRED RUNETZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

ISRAEL KRAVITZ, Respondent, v. J. LEBERMAN & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Merrell, JJ.

LEON KANNENGIESSER, Respondent, v. HENRI ISRAELOWITZ, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

GEORGE LEHMANN, Appellant, v. GIFFORD DEXTER RICHARDSON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

FRIEDA FISHMAN, Respondent, v. LOUIS FIRSTENBERG, Appellant, Impleaded with Another.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LILYMELD.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IGNATZ LUFT.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.